# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: SHUBART, MATTHEW EDWARD | | | Reg #: 14211-085 |
| Date of Birth: 1979 | Sex: M Race: WHITE | | Facility: LAT |
| Encounter Date: 05/18/2020 14:20 | Provider: Osaade, Elizabeth NP | | Unit: C01 |

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**      **Provider:** Osaade, Elizabeth NP

**Chief Complaint:** Chronic Care Clinic

**Subjective:** 40 year old male inmate present for MLP CC Follow up without any other complaint except for request for an extra pillow to support his joint during bed time.
Patient notes back pain, elbow pain and knee pain have remained stable; notes worsening of early morning joint stiffness.

Patient is followed at CCC for RA. Patient was last evaluated by rheumatology on 10January2020 with no change/s to medication. Inmate was last seen by optometrist on 22January2020; no retinopathy noted per optometry note; inmate was prescribed new pair of eyeglasses.

Inmate notes he stretches his joints on daily basis to maintain joint function and minimize joint stiffness.

**Pain:**      Not Applicable

**Seen for clinic(s):** Orthopedic/Rheumatology

## ROS:

### General

#### Constitutional Symptoms

No: Chills, Fever

### Integumentary

#### Hair

Yes: Within Normal Limits

#### Nails

Yes: Within Normal Limits

#### Skin

Yes: Within Normal Limits

### HEENT

#### Ears

Yes: Within Normal Limits

#### Eyes

Yes: Within Normal Limits

#### Head

Yes: Within Normal Limits

### Cardiovascular

#### General

Yes: Within Normal Limits

### Pulmonary

#### Respiratory System

Yes: Within Normal Limits

## ROS:

### GI

#### General

Yes: Within Normal Limits

#### Musculoskeletal

#### General

Yes: Arthritis, Elbow Pain, Gait Abnormality, Joint pain, Knee Pain, Low Back Pain, Mid-back Pain, Shoulder Pain, Stiffness, Wrist Pain

### Neurological

#### Autonomic System

Yes: Within Normal Limits

#### Cranial Nerves

Yes: Within Normal Limits

#### Motor System

Yes: Within Normal Limits

#### Sensory System

Yes: Within Normal Limits

## OBJECTIVE:

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|------------|---------|----------|----------|
| 05/18/2020 | 14:20 LAT | 97.7 | 36.5 | Oral | Osaade, Elizabeth NP |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 05/18/2020 | 14:20 LAT | 80 | Via Machine | Regular | Osaade, Elizabeth NP |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 05/18/2020 | 14:20 LAT | 16 | Osaade, Elizabeth NP |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 05/18/2020 | 14:20 LAT | 124/86 | Left Arm | Sitting | Adult-large | Osaade, Elizabeth NP |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 05/18/2020 | 14:20 LAT | 97 | Room Air | Osaade, Elizabeth NP |

### Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 05/18/2020 | 14:20 LAT | 242.6 | 110.0 | | Osaade, Elizabeth NP |

### Exam:

#### General

##### Affect

Yes: Pleasant, Cooperative

##### Appearance

Yes: Appears Well, Alert and Oriented x 3

## Exam:

No: Appears in Pain, Writhing in Pain

### Skin

#### General

Yes: Within Normal Limits, Dry, Skin Intact

### Head

#### General

Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

No: Tenderness on Palpation

### Eyes

#### General

Yes: PERRLA

### Neck

#### General

Yes: Within Normal Limits, Symmetric, Trachea Midline

### Pulmonary

#### Observation/Inspection

Yes: Within Normal Limits

#### Auscultation

Yes: Clear to Auscultation

### Cardiovascular

#### Observation

Yes: Within Normal Limits, Normal Rate, Regular Rhythm

#### Auscultation

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

### Abdomen

#### Auscultation

Yes: Normo-Active Bowel Sounds

### Musculoskeletal

#### Elbow

Yes: Neurovascular Intact, Joint Deformity, Swelling, Decreased Range of Active Motion, Decreased Range of Passive Motion, Crepitus

No: Full Range of Motion, Normal Bony Landmarks, Rash/Lesions, Ecchymosis, Erythema, Ligamentous Laxity, Subcutaneous Nodules, Locking, Laceration(s), Contusion(s), Hematoma

#### Knee

Yes: Neurovascular Intact, Decreased Range of Active Motion, Decreased Range of Passive Motion

No: Normal Bony Landmarks, Rash/Lesion(s)

### Exam Comments

Crepitus heard on flexion/extension of the neck.

## ASSESSMENT:

Rheumatoid arthritis, 714.0 - Current

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date |
| --- | --- | --- |

Inmate Name: SHUBART, MATTHEW EDWARD         Reg #: 14211-085
Date of Birth: ███/1979     Sex: M   Race: WHITE     Facility: LAT
Encounter Date: 05/18/2020 14:20     Provider: Osaade, Elizabeth NP     Unit: C01

## Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 150129-LAT | Tofacitinib Citrate Oral Tablet 5 MG | 05/18/2020 14:20 |

    **Prescriber Order:** Take one tablet (5 MG) by mouth two times a day ***non-formulary approved*** expires 5/4/20 x 90 day(s)

    **Indication:** Rheumatoid arthritis

| | | |
|---|---|---|
| 150128-LAT | Nabumetone 500 MG Tab | 05/18/2020 14:20 |

    **Prescriber Order:** Take two tablets (1000 MG) by mouth two times a day after meals x 90 day(s)

    **Indication:** Rheumatoid arthritis

| | | |
|---|---|---|
| 150127-LAT | Leflunomide 10 MG Tab | 05/18/2020 14:20 |

    **Prescriber Order:** Take one tablet (10 MG) by mouth each day x 90 day(s)

    **Indication:** Rheumatoid arthritis

## Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

## Other:

40 year old male patient seen for MLP CC Follow up. Medication renewed and questions/concerns were addressed as appropriate.
Request for 1 extra pillow was granted. MDS updated.
Inmate had no additional questions - discharged back to housing unit.

Allergies verified and reviewed. Updated if applicable. See Chart: Allergies for most recent patient allergy list.

Patient given return precautions.

Patient to follow up at sick call for any acute issues. Patient acknowledges and verbalized understanding.

MDS - Reviewed - Lower bunk. Soft shoe pass.

Follow-up - Scheduled - 1 year Physician CCC.

Med Hold Status - Not on medical hold.

Diagnosis - Have been updated

BMI: 34.8%

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/19/2020 | Counseling | Plan of Care | Osaade, Elizabeth | Verbalizes Understanding |
| 05/19/2020 | Counseling | Pain Management | Osaade, Elizabeth | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Osaade, Elizabeth NP on 05/19/2020 08:43

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: SHUBART, MATTHEW EDWARD | | | | Reg #: 14211-085 |
| Date of Birth: ~~07/05/~~1979 | Sex: M | Race: WHITE | | Facility: LAT |
| Encounter Date: 04/23/2020 09:16 | Provider: Osaade, Elizabeth NP | | | Unit: C01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**      **Provider:** Osaade, Elizabeth NP

**Chief Complaint:** GENERAL

**Subjective:** 40 year old inmate present to request compassionate release review/assessment.
Inmate informed about policy (5050.50) and CPG.
Inmate voiced knowledge about these rules/policy "I know what those rules/policy says but our family Dr. told me I meet the category for compassionate release because of the medications that I take; our family Dr. and my mom asked me to put in the request".

Inmate was informed that all the required forms and document will be submitted and decision are made by region.
Inmate voiced "I know that".
No an other concern voiced.

**Pain:** No

## ROS:

### General

#### Constitutional Symptoms

No: Chills, Fever

### Cardiovascular

#### General

Yes: Within Normal Limits

### Pulmonary

#### Respiratory System

Yes: Within Normal Limits

### Musculoskeletal

#### General

Yes: Arthritis, Elbow Pain, Knee Pain, Low Back Pain

## OBJECTIVE:

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/23/2020 | 09:37 LAT | 98.4 | 36.9 | Oral | Osaade, Elizabeth NP |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/23/2020 | 09:37 LAT | 95 | Via Machine | Regular | Osaade, Elizabeth NP |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/23/2020 | 09:37 LAT | 18 | Osaade, Elizabeth NP |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/23/2020 | 09:37 LAT | 136/87 | Left Arm | Sitting | Adult-regular | Osaade, Elizabeth NP |

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | | **Provider** |
|---|---|---|---|---|---|
| 04/23/2020 | 09:37 LAT | 99 | Room Air | | Osaade, Elizabeth NP |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 04/23/2020 | 09:37 LAT | 239.4 | 108.6 | | Osaade, Elizabeth NP |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits, Normal Rate, Regular Rhythm

**ASSESSMENT:**

Rheumatoid arthritis, 714.0 - Current

Diverticulosis of intestine, K5790 - Current

Hyperlipidemia, unspecified, E785 - Current

Umbilical hernia, K429 - Current

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Other:**

40 year old male inmate present requesting compassionate release.
Reduction in sentence Medical Review/Summary form filled.
Most recent lab report, clinical encounter note and specialist progress note attached to form; paper work submitted to HSA.

Allergies verified and reviewed. Updated if applicable. See Chart: Allergies for most recent patient allergy list.

Patient given return precautions.

Patient to follow up at sick call for any acute issues. Patient acknowledges and verbalized understanding.

MDS - Reviewed - Lower bunk.

Follow-up - Scheduled - 6 months MLP CC Follow up.

Med Hold Status - Not on medical hold.

Diagnosis - Have been updated

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/23/2020 | Counseling | Plan of Care | Osaade, Elizabeth | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Osaade, Elizabeth NP on 04/23/2020 09:44

Case 3:12-cr-00028-TMB   Document 137-1   Filed 09/10/20   Page 7 of 7